**FILED**

APR 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOSE CRUZ-RAMIREZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-09-00933-CW (DMR) <br><br> DETENTION ORDER |

I. DETENTION ORDER

Defendant Jose Cruz-Ramirez is charged in a one-count indictment with a violation of 8 U.S.C. §§ 1326 (a) and (b) (deported alien found in the United States). On April 23, 2010, Mr. Cruz-Ramirez waived his right to proffer information at this time (*see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise)), but expressly reserved his right to raise additional relevant information at a later hearing should circumstances change.

After considering the limited information available to the Court, and the factors set forth

DETENTION ORDER
CR-09-00933-CW (DMR)                                          1

cc:  Copy to parties via ECF, Sheilah, Pretrial Services, 2 Certified Copies
                                                           to US Marshal

in 18 U.S.C. § 3142(g), the Court detains Mr. Cruz-Ramirez because the preponderance of the evidence indicates that Mr. Cruz-Ramirez poses a serious risk of flight and no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985). This order is based on the nature of the charge.

## II.  CONCLUSION

The Court detains Mr. Cruz-Ramirez as a serious flight risk. Because Mr. Cruz-Ramirez waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at defendant's request at any future time. Mr. Cruz-Ramirez shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: April 23, 2010

_____
DONNA M. RYU
United States Magistrate Judge