1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3680
7     Fax: (510) 637-3724
      E-Mail: John.Cooke@usdoj.gov
8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR-09-00933-CW
                                       )
14       v.                            )   [PROPOSED] ORDER EXCLUDING
                                       )   TIME FROM APRIL 23, 2010 TO MAY
15  JOSE CRUZ-RAMIREZ,                 )   24, 2010 FROM SPEEDY TRIAL ACT
                                       )   CALCULATION (18 U.S.C. §§
16       Defendant.                    )   3161(h)(7)(A) and (B))
    _____)
17

18

19       Defendant Jose Cruz-Ramirez was arraigned on the indictment before the Court on April

20  23, 2010.  At that time counsel for the defendant indicated he would need time both to review

21  discovery materials and to meet with his client.  The Court set an appearance date of May 24,

22  2010, for status and trial setting before the Hon. Laurel Beeler.  The Court then ordered that time

23  should be excluded from the Speedy Trial Act calculation from April 23, 2010 through May 24,

24  2010, for effective preparation of defense counsel.  With the agreement of the parties, the Court

25  enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§

26  3161(h)(7)(A) and (B), from April 23, 2010 through May 24, 2010.

27  //

28  //

The parties agreed, and the Court found and held, as follows:

1.      The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with his client and to review discovery, taking into account the exercise of due diligence.

2.      Given these circumstances, the Court found that the ends of justice served by excluding the period from April 23, 2010 to May 24, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

3.      Accordingly, with the consent of defendant's attorney, the Court ordered that the period from April 23, 2010 to May 24, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

GRANTED
Judge Donna M. Ryu

DATED: _5/3/2010_____

_____
HON. DONNA M. RYU
United States Magistrate Judge

No. CR-09-00933-CW
[Proposed] Order Excluding Time