1   BARRY J. PORTMAN
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant CRUZ RAMIREZ
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )    No. CR-09-0933-CW
                                           )
12                      Plaintiff,         )    STIPULATION TO CONTINUE;
                                           )    [PROPOSED] ORDER CONTINUING
13  vs.                                    )    CASE AND EXCLUDING TIME UNDER
                                           )    THE SPEEDY TRIAL ACT
14  JOSE CRUZ RAMIREZ,                     )
                                           )
15                      Defendant.         )
    _____)
16

17          IT IS HEREBY STIPULATED, by and between the parties to this action, that the TRIAL

18  OR MOTIONS SETTING OR DISPOSITION HEARING date of May 24, 2010 scheduled at

19  10:00 a.m., before the Hon. Laurel Beeler, be vacated and re-set for June 14, 2010 at 10:00 a.m.,

20  before the Oakland Duty Magistrate, for TRIAL OR MOTIONS SETTING OR DISPOSITION

21  HEARING.

22          The reason for this request is that defense counsel is presently reviewing newly provided

23  discovery and needs additional time to investigate and analyze it.  Additional records are being

24  sought by the defense, as well.

25          The parties agree and stipulate that the time until June 14, 2010 should be excluded,

26  under18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the

                                            1

1   continuance outweigh the bests interests of the public and the defendant in a speedy and public

2   trial. The continuance is necessary to accommodate counsel's preparation efforts.

3

4                                                    /s/
    Date    5/27/10                          John Paul Reichmuth
5                                             Assistant Federal Public Defender
                                              Counsel for defendant DIAZ CARRILLO
6

7

8                                                    /s/
    Date    05/27/10                         John Cooke
9                                             Assistant United States Attorney

10

11          I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this e-filed document.                    /S/ JOHN PAUL REICHMUTH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1                                        ORDER

2          The court finds that the ends of justice served by the granting of the continuance

3  outweigh the bests interests of the public and the defendant in a speedy and public trial. The

4  continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.

5  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is

6  continued to June 14, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, and that time is

7  excluded from May 24, 2010 until June 14, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(a).

8          IT IS SO ORDERED.

9

10

11  May 28, 2010
    Date                                  LAUREL BEELER
12                                         UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                           3