1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3680
7  Fax: (510) 637-3724
   E-Mail: John.Cooke@usdoj.gov
8
   Attorneys for the United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                            OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-00933-CW |
|---|---|---|
| v. | ) | ORDER EXCLUDING TIME FROM JUNE 14, 2010 TO JUNE 30, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| JOSE CRUZ-RAMIREZ, | ) | |
| Defendant. | ) | |

Defendant Jose Cruz-Ramirez appeared before the Court for status and trial setting on June 14, 2010. At that time counsel for the defendant indicated he would need time to investigate issues of the defendant's criminal history. The Court set an appearance date of June 30, 2010, for status and trial setting. The Court then ordered that time should be excluded from the Speedy Trial Act calculation from June 14, 2010 through June 30, 2010, for effective preparation of defense counsel. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from June 14, 2010 through June 30, 2010.

////

////

////

No. CR-09-00933-CW
[Proposed] Order Excluding Time                1

The parties agreed, and the Court found and held, as follows:

1. The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to investigate issues of the defendant's criminal history, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 14, 2010 to June 30, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

3. Accordingly, with the consent of defendant's attorney, the Court ordered that the period from June 14, 2010 to June 30, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: 6/16/2010



HON. DONNA M. RYU
United States Magistrate Judge

No. CR-09-00933-CW
[Proposed] Order Excluding Time                2