```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant CRUZ RAMIREZ
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  No. CR-09-0933-CW
                                       )
12              Plaintiff,             )  STIPULATION TO CONTINUE;
                                       )  [PROPOSED] ORDER CONTINUING
13  vs.                                )  CASE AND EXCLUDING TIME UNDER
                                       )  THE SPEEDY TRIAL ACT
14  JOSE CRUZ RAMIREZ,                 )
                                       )
15              Defendant.             )
    _____)
16
```

17   IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING date of June 30, 2010

19 scheduled at 10:00 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for July 29,

20 2010 at 10:00 a.m., before the Oakland Duty Magistrate, for TRIAL OR MOTIONS

21 SETTING OR DISPOSITION HEARING.

22   The reason for this request is that defense counsel needs additional time to review and

23 have translated a plea offer with Mr. Ramirez, and both counsel will be gone for several

24 weeks during the month of July. Defense counsel anticipates beginning a family-related leave

25 on the morning of June 30 and continuing until approximately July 12.

26   The parties agree and stipulate that the time until July 29, 2010 should be excluded,

1  under 18 U.S.C. §3161(h)(7)(A) and (B)(4) because the ends of justice served by the granting
2  of the continuance outweigh the bests interests of the public and the defendant in a speedy and
3  public trial. The continuance is necessary to accommodate counsel's preparation efforts.

5  Date   6/25/10                                /s/
                                                 John Paul Reichmuth
6                                                Assistant Federal Public Defender
                                                 Counsel for defendant CRUZ RAMIREZ

9  Date   06/26/10                               /s/
                                                 John Cooke
10                                               Assistant United States Attorney

12  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.        /S/ JOHN PAUL REICHMUTH

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 29, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, and that time is excluded from June 30, 2010 until July 29, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(4).

IT IS SO ORDERED.

June 28, 2010
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE