BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CRUZ RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0933-CW |
| Plaintiff, | STIPULATION TO CONTINUE; [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| JOSE CRUZ RAMIREZ, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING date of July 29, 2010 scheduled at 10:00 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for August 4, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, for CHANGE OF PLEA HEARING.

   The reason for this request is that defense counsel needs additional time to review and have translated a plea offer with Mr. Ramirez. Defense counsel was out of the office on family leave from July 1 to July 19.

   The parties agree and stipulate that the time until August 4, 2010 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and (B)(iv) because the ends of justice served by the granting

1  of the continuance outweigh the bests interests of the public and the defendant in a speedy and

2  public trial. The continuance is necessary to accommodate counsel's preparation efforts.

3

4                                                                /s/
   Date    7/28/10                              John Paul Reichmuth
5                                                Assistant Federal Public Defender
                                                 Counsel for defendant CRUZ RAMIREZ
6

7

8                                                                /s/
   Date    07/28/10                             John Cooke
9                                                Assistant United States Attorney

10

11      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ JOHN PAUL REICHMUTH

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 4, 2010 at 10:00 a.m., before the Oakland Duty Magistrate, and that time is excluded from July 29, 2010 until August 4, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

7/28/2010
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE