IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE CRUZ-RAMIREZ,<br><br>　　　　Defendant.　　　　　　　／ | No. CR 09-00933 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

　　The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

　　Defendant Jose Cruz-Ramirez's plea of guilty is accepted by the Court as to Count One (1) of the Indictment charging Defendant Jose Cruz-Ramirez with illegal entry into the United States following deportation in violation of 8 U.S.C. §§ 1326 (a) and (b). Sentencing is set for Wednesday, October 13, 2010 at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 8/19/2010

　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:  DMR; Sue